IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. *as Broadcast Licensee of the April 12, 2014 Manny Pacquiao v. Timothy Bradley, II WBO Welterweight Championship Fight Program*,<br><br>*Plaintiff*,<br><br>v.<br><br>MOLINA & REYES ENTERPRISES LLC d/b/a CLUB CARIBE and ORLANDO EFRAIN MOLINA d/b/a CLUB CARIBE,<br><br>*Defendant*. | Civil Action No. SA-17-CV-278-XR |

**FINAL DEFAULT JUDGMENT**

This action was considered by the Honorable Judge Xavier Rodriguez on a motion for default judgment, without a jury, and the following decision was reached:

It is ORDERED that the plaintiff J&J SPORTS PRODUCTIONS, INC. recover from the defendants MOLINA & REYES ENTERPRISES LLC d/b/a CLUB CARIBE and ORLANDO EFRAIN MOLINA d/b/a CLUB CARIBE the amount of $11,600.00 in damages and $1,000 in attorneys' fees, along with costs. Post-judgment interest shall accrue at the rate of 01.41%.

SIGNED this 18th day of October, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE